road at 50 miles per hour. She was unable to slow down to make a turn she expected to make, resulting in her collision with an embankment. These facts do not "facially" establish substantial grounds to believe that speed was not a factor in the accident.

The majority also reviews the closing argument concerning the double arrow sign under the plain error doctrine. The majority's gratuitous plain error review gives the wrong signal to the bar and sets an erroneous precedent.

I would deny both points as waived since there was no objection to the instruction or closing argument and facially there are no substantial grounds to believe that manifest injustice or a miscarriage of justice resulted.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on his conviction by jury of burglary in the first degree. Defendant also appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs and record of the case and find defendant's arguments are without merit. No jurisprudential purpose would be served by an extended written opinion. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Andre JACKSON, Appellant.**

**Andre JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 65165, 68077.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 17, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

---

**In re MARRIAGE OF Michael D. HACHTING and Patricia K. Hachting.**

**Michael D. HACHTING, Petitioner/Respondent,**

v.

**Patricia K. HACHTING, Respondent/Appellant.**

**No. 67392.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 17, 1995.

Charles E. Bridges, Bridges & Nichols, St. Charles, for appellant.

Claude C. Knight, Knight, Schoeneberg & Tomich, St. Charles, for respondent.